In the Matter of the Application for Ancillary Letters Testamentary upon the Will of LINCOLN S. ROGERS, Deceased.

ARTHUR METCALF, Appellant; MARY T. ROGERS et al., as Executrices, Respondents.

(Submitted June 13, 1930; decided September 30, 1930.)

*Jonas J. Hegt* and *Robert L. Eckstein* for appellant.
*Ralph Stout* and *George W. Allen* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.